## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 10cv4093      Assigned/Issued By: jn

Judge Name:      Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons      ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____

_(Victim, Against and $ Amount)_

☐ Citation to Discover Assets

☐ Writ _____      ☐ Other

(Type of Writ)      _____

(Type of issuance)

__14__ Original and __14__ copies on __7-12-10__ as to RICHARD M. DALEY; OFFICE
(Date)
OF THE COOK COUNTY STATE'S ATTNY; COUNTY OF COOK, ILLINOIS;CITY OF CHICAGO;

GAYLE SHINES; LEROY MARTIN; JON BURGE;THOMAS BYRON;TERRY HILLARD;

MICHAEL KILL; JOHN SMITH; JOHN BYRNE;THOMAS NEEDHAM; MARK LUKANICH