# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Illinois** | **County of Cook** | **United States District Court Northern Di Court** |

Case Number: 10CV04093

Plaintiff:
**Ronald Kitchen**
vs.
Defendant:
**Jon Burge**

For:
Locke Bowman
375 East Chicago Ave
Chicago, IL 60611-3069

Received by Sam Mirabella on the 9th day of September, 2010 at 10:53 am to be served on **Jon Burge, 751 Flamingo Drive, Apollo Beach, FL 33572.**

I, Sam Mirabella, being duly sworn, depose and say that on the **15th day of September, 2010** at **8:14 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons In a Civil Case** with the date and hour of service endorsed thereon by me, to: **Jon Burge** at the address of: **751 Flamingo Drive, Apollo Beach, FL 33572**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Sam Mirabella
Process Server

Sam Mirabella
4909 San Rafael Street
Tampa, FL 33629
(813) 505-7695

Our Job Serial Number: 2010000039

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3z