**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RONALD KITCHEN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 C 4093 |
| | ) | |
| v. | ) | Hon. John J. Tharp, Jr. |
| | ) | |
| JON BURGE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO**
**TAKE DEPOSITION OF INCARCERATED PERSON**

Defendants Michael Kill, Thomas Byron, John Byrne, Jon Burge, and John Smith ("Defendant Police Officers"), by their undersigned attorney, request leave pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) to take the deposition of Eric Wilson, who currently is incarcerated in a Federal Correctional Institution. In support of their motion, Defendant Police Officers state as follows:

1.      This lawsuit, brought under 42 U.S.C. § 1983, concerns Plaintiff Ronald Kitchen's claim that in 1988 he was beaten until he falsely confessed to the murders of two women and three children. The confession was then used to convict and imprison him for more than 21 years for a crime, he says, he did not commit.

2.      Eric Wilson was a witness to the events underlying Kitchen's allegations.

3.      Wilson currently is serving a life sentence in the Federal Correctional Institution at Pekin, Illinois.

4.      Federal Rule of Civil Procedure 30(a)(2)(B) provides:

A party must obtain leave of the court, and the court must grant leave to the extent consistent with Rule 26(b)(2):

\*    \*    \*

(B) if the deponent is confined in prison.

5.      Defendant Police Officers request leave of court to depose Eric Wilson while he is incarcerated.  Defendant Police Officers also request leave to videotape the deposition.

6.      Counsel for Defendant Police Officers discussed this motion with Plaintiff's counsel, and they have no objection to the motion.

Respectfully submitted,

s/S. Ann Walls

Andrew M. Hale
Avi T. Kamionski
Shneur Nathan
Christina M. Liu
S. Ann Walls
Andrew M. Hale & Associates, LLC
53 West Jackson Boulevard, Suite 1800
Chicago, Illinois 60604
(312) 341-9646

## CERTIFICATE OF SERVICE

The undersigned certifies that I caused a copy of the above and foregoing **Defendants' Unopposed Motion to Take Deposition of Incarcerated Person** to be served on all counsel of record via the Northern District of Illinois, Eastern Division, CM/ECF filing system on August 1, 2012.

s/S. Ann Walls